IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FRANK CHRISTOPHER** | * | Case No.: 93-3118 (MD)(1) |
| | * | Case No.: MDL-875 (PAE) |
| **Plaintiff** | * | |
| | * | |
| v. | * | |
| | * | |
| A C and S, INC., et al., | * | |
| | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * *

## **ORDER**

1.   On Motion of Esterine Christopher for substitution in place of Frank Christopher, deceased, it appearing to the Court that the said Frank Christopher died testate on January 19, 1999; that the claim asserted by him in this action was not thereby extinguished; and that Esterine Christopher has been duly appointed Personal Representative of the Estate of Frank Christopher and is qualified and is acting as such.

2..   On Motion of Esterine Christopher for substitution in place of Christine Christopher, surviving spouse of Frank Christopher, now deceased, it appearing to the Court that the said Christine Christopher died testate on February 25, 2001; that the claim asserted by her in this action was not thereby extinguished; and that Esterine Christopher has been duly appointed Personal Representative of the Estate of Christine Christopher and is qualified and is acting as such.

**IT IS ORDERED,** that Esterine Christopher, Personal Representative of the Estate of Frank Christopher, be substituted as Plaintiff herein in place of Frank Christopher, deceased, and that Esterine Christopher, Personal Representative of the Estate of Christine Christopher, be substituted

as Plaintiff herein in place of Christine Christopher without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

_____
JUDGE

Charles R. Weiner
1/22/2002